UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD,<br><br>          Plaintiff,<br><br>     v.<br><br>OCHOA,<br><br>          Defendant. | Case No. 1:23-cv-00844-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S RESPONSE TO ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS<br><br>(ECF No. 5) |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on June 2, 2023. (ECF No. 1). Plaintiff did not pay the $402.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, so on July 17, 2023, the Court ordered him to do so within forty-five days. (ECF No. 4). On July 26, 2023, Plaintiff filed his response to this order. (ECF No. 5). Plaintiff states that he previously sent $400 to the Court, and that the remaining $2 is on its way.

As Plaintiff is not proceeding *in forma pauperis*, the filing fee must be paid in full, in one payment (not in installments). If the Court received Plaintiff's $400 payment, it was returned to Plaintiff. Plaintiff's $2 payment will be returned as well. If Plaintiff intends to pay the filing fee, he should make one $402 payment, and the Court will grant him additional time to do so.

Accordingly, IT IS HEREBY ORDERED that, within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No**

1

**requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**July 31, 2023**__        /s/ Eric P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE