UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OCHOA,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00844-EPG (PC)<br><br>ORDER RE: REQUEST FOR CLARIFICATION<br><br>(ECF No. 21). |

　　　　Plaintiff Adrian Juan Lloyd is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's First Amendment retaliation claim and Eighth Amendment claims against Defendant Ochoa. (ECF Nos. 9, 12). Now before the Court is Plaintiff's request for clarification. (ECF No. 21).

　　　　Plaintiff requests clarification as to which of his claims are proceeding against Defendant Ochoa in this action, and as to which version of Plaintiff's complaint Defendant filed an answer. (*Id.*). Additionally, Plaintiff requests a copy of the version of the complaint that Defendant received pursuant to the Court's order on August 22, 2024. (*Id.*).

　　　　The Court reminds Plaintiff that it is his responsibility to review court orders regarding his case, and the Court does not ordinarily respond to questions about the status of the case. Moreover, Plaintiff cites to no authority requiring the Court to provide him with copies of documents at its own expense in this situation, and the Court does not generally provide copies of documents to litigants. (*See* ECF No. 2, p. 3 ("The Court will not make copies of filed documents

1

or provide postage or envelopes for free even for parties proceeding in forma pauperis.")).

The Court will make a one-time accommodation and send Plaintiff one free copy of the First Amended Complaint. However, in the future, Plaintiff is responsible for his own copying[1]. Additionally, the Court will clarify that this case proceeds on Plaintiff's First Amendment retaliation and Eighth Amendment claims against Defendant Ochoa.

Accordingly, IT IS ORDERED as follows:

1. The Clerk of Court is respectfully directed to send Plaintiff a copy of the First Amended Complaint (ECF No. 11).

IT IS SO ORDERED.

Dated:  **September 4, 2024**                    /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Copies are currently priced at $0.50 per page. *Fee Schedule*, United States District Court for the Eastern District of California, https://www.caed.uscourts.gov/CAEDnew/index.cfm/attorney-info/fee-schedule/ (last visited Sept. 4, 2024)