UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JUAN LLOYD, | Case No. 1:23-cv-00844-EPG (PC) |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| OCHOA, | |
| Defendant. | |

Adrian Juan Lloyd ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. §1983.[1]  The Court has determined that this case will benefit from a settlement conference.  Therefore, this case will be referred to Magistrate Judge Helena M. Barch-Kuchta to conduct a settlement conference on December 5, 2024, at 1:00 p.m.  The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.  The Court will issue the order detailing the procedures for the settlement conference and the necessary writ in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Helena M. Barch-Kuchta on December 5, 2024, at 1:00 p.m.  The settlement conference will be

---

[1] In the Court's order on August 22, 2024, Plaintiff was previously identified as proceeding *in forma pauperis*, (ECF No. 20), but Plaintiff is not proceeding *in forma pauperis* in this action.

1

conducted by remote means, with all parties appearing by Zoom video conference.

2. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at the California Substance Abuse Treatment Facility via facsimile at (559) 992-7101 or via email.

IT IS SO ORDERED.

Dated: **October 23, 2024**    /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE